# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1773

_____

United States of America

*Plaintiff - Appellee*

v.

Larry Reese

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 7, 2018
Filed: May 3, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Larry D. Reese directly appeals the above-Guidelines-range sentence the district court[1] imposed upon revoking his supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

In a brief filed under *Anders v. California*, 386 U.S. 738 (1968), counsel has moved for leave to withdraw, and asserts that the sentence is unreasonable because the district court failed to take into account several mitigating factors.

This court concludes that the district court did not abuse its discretion in sentencing Reese. *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); *United States v. Perkins*, 526 F.3d 1107, 1110-11 (8th Cir. 2008) (this court reviews entire sentencing record, not merely district court's statements at sentencing hearing).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____